# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 29, 2024

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: **United States v. Willie Porter**
**23 Cr. 458 (LGS)**

Dear Judge Schofield:

    I write, with the consent of the government, to respectfully request an adjournment of the status conference in the above-captioned matter currently scheduled for March 4, 2024. The parties have conferred and are available for a change of plea hearing on the following dates/times: March 11, before 4pm; March 13, before 4pm; March 14; March 18; March 21; March 22.

    The government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow the parties to continue reviewing discovery and discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Willie Porter*

---

**Application Granted.** The status conference scheduled for March 4, 2024, is adjourned to **March 26, 2024, at 10:30 a.m**. The change of plea hearing is referred to the magistrate judge on duty. The parties shall promptly schedule a plea date. The Court finds that the ends of justice served by excluding the time between today until March 26, 2024, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A) because the exclusion will give the parties time to schedule a change of plea hearing. The time between today and March 26, 2024, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 25.

Dated: March 1, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2

cc: Rebecca Delfiner, Assistant U.S. Attorney