

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

March 19, 2024

**BY ECF AND EMAIL**
Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The bail revocation hearing is referred to the magistrate judge on duty. The parties shall promptly schedule a hearing. The Clerk of the Court is directed to terminate the letter motion at docket number 30.

Dated: March 25, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** *United States v. William Porter*, 23 Cr. 458 (LGS)

Dear Judge Schofield,

On March 13, 2024, defendant William Porter pled guilty before Magistrate Judge Stewart Aaron to Count One of the Indictment in the above-captioned action, which charged the defendant with distribution of narcotics in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C), and Title 18, United States Code, Section 2. The Government respectfully submits the transcript of the defendant's plea proceeding, the parties' plea agreement, and a proposed order accepting the guilty plea.

Should the Court accept the defendant's guilty plea, the Government intends to request that the defendant be remanded pursuant to Title 18, United States Code, Section 3143(a)(2). The defense objects to remand and requests a hearing on the issue. The Government understands that defense counsel has a conflict during the next conference scheduled in this matter, on March 26, 2024, and therefore requests that the court reschedule the conference or otherwise advise the parties on how to proceed.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: _____
Rebecca R. Delfiner
Assistant United States Attorney
(212) 637-2427

cc: Marne Lenox, Esq.