UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

WILLIAM PORTER,
                              Defendant.
------------------------------------------------------------ X

23 Cr. 458 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant William Porter's sentencing hearing will be held on **July 15, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **June 24, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **June 27, 2024.**

      The March 26, 2024, status conference is canceled.

Dated: March 25, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**