# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 3, 2024

*Application Granted. The sentencing hearing currently scheduled for July 15, 2024, is adjourned to **September 23, 2024, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **September 3, 2024**. The Government's sentencing submission shall be filed by **September 6, 2024**. The Clerk of the Court is directed to terminate the letter motion at docket number 39.*

*Dated: June 6, 2024*
*New York, New York*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:   **United States v. Willie Porter**
          23 Cr. 458 (LGS)

Dear Judge Schofield:

    I write, with the government's consent, to respectfully request a 60-day adjournment of Mr. Porter's sentencing and a corresponding extension of sentencing submission deadlines in the above-captioned matter. The sentencing is currently scheduled for July 15, 2024 at 11:00am. This is Mr. Porter's first request for a sentencing adjournment.

    An adjournment is necessary to ensure the effective representation of Mr. Porter at sentencing. The defense has retained an expert in this matter and plans to file a forensic report as part of Mr. Porter's sentencing submission, which we expect to weigh heavily at sentencing. In addition, defense counsel will be out of the office beginning July 15.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Willie Porter*