# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

August 21, 2024

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. Defendant's sentencing submission shall be filed on **September 9, 2024**. The Government's sentencing sentencing submission shall be filed on **September 12, 2024**. The Clerk of the Court is directed to terminate the letter motion at docket number 41.*

*Dated: August 22, 2024*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

RE:   **United States v. Willie Porter**
      **23 Cr. 458 (LGS)**

Dear Judge Schofield:

    I write to respectfully request an extension to file Mr. Porter's sentencing memorandum and a corresponding extension of the government's sentencing submission deadline in the above-captioned matter. The government does not object to this request.

    Mr. Porter's sentencing is currently scheduled for September 23 at 11:00 am. The defense submission is currently due on September 3, and the government's submission is due on September 6. The parties have not yet received the final presentence report from Probation, and I am leaving to travel out of the country tomorrow, August 22 and will not return to the office until September 3. Because Mr. Porter and I must review the final presentence report before filing his sentencing memorandum, I respectfully request an extension until Monday, September 9 to file Mr. Porter's sentencing submission. The government does not object to this request but requests a corresponding extension to file its memorandum on September 12.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Willie Porter*

cc: Counsel of record