UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                            -against-

   WILLIAM PORTER,
                               Defendant.
------------------------------------------------------------ X

23 Cr. 458 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for September 23, 2024, is adjourned to **December 9, 2024, at 11:00 a.m.** due to a conflict in the Court's schedule.

Dated: September 16, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**